UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JAN 2 9 2014
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.  **4:14CR0015 AGF/NAB** |
| WILLIE YOUNG, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about November 27, 2013, in the City of St. Louis within the Eastern District of Missouri,

**WILLIE YOUNG,**

did knowingly escape from Dismas House of St. Louis, a facility to which he was lawfully confined by the direction of the Attorney General of the United States by virtue of a judgment and commitment of the United States District Court for the Eastern District of Missouri upon the felony conviction in Cause No. 4:07CR84 ERW, for the offenses of felon in possession of a firearm in violation of Title 18, United States Code §922(g)(1); possession of a firearm in furtherance of a drug-trafficking crime in violation of Title 18, United States Code, §924(c) and five counts of possession with the intent to distribute heroin in violation of Title 21, United States Code, §841(a).

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
PATRICK T. JUDGE, #39676MO
Assistant United States Attorney